# Court of Appeals
# of the State of Georgia

ATLANTA,   May 04, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0412.  SAUER v. PA LEX GLEN, LLC.

Paul Sauer filed his notice of appeal on September 9, 2015. Sauer moved for an extension of time to file his appellate brief on November 12, 2015, which this court granted, giving him until December 7, 2015.  On December 4, Sauer moved for a second extension of 90 days to allow the court reporter time to prepare and file the trial transcript, and for Sauer to prepare and file his brief.  This court did not enter an order on Sauer's second motion for an extension prior to the deadline for Sauer to file his brief.  Sauer filed his brief on the December 7th deadline. Thereafter, this court entered an order denying his second motion for an extension as moot because Sauer had already filed his brief.  Sauer's notice of appeal instructed the clerk of the trial court not to "omit anything from the record on appeal." The trial court sent up thirteen volumes of records, but the trial transcript was omitted. The nature of Sauer's enumerations of error require review of the trial transcript.

Accordingly, it is hereby ordered that the case be REMANDED to the trial court for completion of the record.  Once the completed transcript is on file with the trial court and the trial court has entered an order stating that the record is complete or that it cannot be completed, Sauer shall have 30 days from the date of the mandated order to refile his notice of appeal; and upon the filing of such notice of appeal the case with the complete record and transcript shall be transmitted to this

Court for redocketing.[1]



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* ____05/04/2016____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1]*See Galardi v. Steele-Inman*, 259 Ga. App. 249-50 (576 SE2d 555) (2002); OCGA § 5-6-48(d) (pertinently providing that "[a]t any stage of the proceedings, . . . the court shall by order, either with or without motion, . . . require that additional portions of the record or transcript of proceedings be sent up, or require that a complete transcript of evidence and proceedings be prepared and sent up, or take any other action to perfect the appeal and record so that the appellate court can and will pass upon the appeal and not dismiss it."); 1983 Ga. Const., Art. VI, § 1, Par. IV.